UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

RALPH LEVI SANDERS, JR.  CASE NO.: 18-12969-JKO
CHAPTER: 13

  Debtor.(s)
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, **ALBERTELLI LAW,** attorneys for **The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed Certificates, Series 2006-SD2,** hereby enters its *Notice of Appearance* in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

- Property Address: 561 SW 60th Ave, Plantation, FL 33317
- Last Four Digits of Loan Number: 9122

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

/s/Scott Lewis, Esq.
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: slewis@albertllilaw.com

ALAW FILE NO. 18-010922

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2017, I served a copy of the foregoing upon:

**SERVICE LIST**

**Ralph Levi Sanders, Jr.**
561 SW 60 Ave.
Plantation, FL 33317

**Michael H. Johnson**
3601 W. Commercial Blvd. #31
Ft. Lauderdale, FL 33309

**Robin R. Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/Scott Lewis, Esq.
Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: slewis@albertellilaw.com

ALAW FILE NO. 18-010922