UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:
RALPH LEVI SANDERS, JR.                CASE NO. 18-12969-JKO
                                       CHAPTER 13
            Debtor.
_____/

## MOTION TO VACATE MODIFICATION MEDIATION ORDER

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed Certificates, Series 2006-SD2**, by and through the undersigned counsel, and hereby moves to vacate the *Mortgage Modification Mediation Order* [**D.E. 31**] entered on July 10, 2018, and in support states as follows:

1. On July 09, 2018 the Debtor filed *a Motion for Referral to Mortgage Modification Mediation* ("Motion") [**D.E. 28**].

2. On July 10, 2018 the *Mortgage Modification Mediation Order* [**D.E. 31**] (the "Order") was signed and entered for the property which serves as collateral for Movant's loan.

3. On July 19, 2018, the undersigned law firm was retained to handle the Mediation.

4. On July 18, 2018, eight (8) days later, the Debtor was registered to the DMM Portal and a financial package was provided.

ALAW M# 18-010922

5. To date, one hundred seventy (170) days have passed since the *Mortgage Modification Mediation Order* has been granted and a complete package has still not been uploaded into the DMM Portal.

6. The undersigned firm has, in good faith, attempted to participate in the Mediation process with the Debtor; however, the Debtor has failed to provide the creditor with complete documents in connection to a review for modification.

7. Because complete documents have not been received, the Debtor has failed to comply with the requirements of the Mediation process, and the Order should be vacated.

WHEREFORE, **Creditor** respectfully prays that the Court:

    A. Grant its Motion to Vacate the Mortgage Modification Mediation Order;

    B. Bar the Debtor from moving for another Mortgage Modification Mediation, in this bankruptcy case;

    C. Award Creditor reasonable attorney's fees and costs for the necessity of this motion, and

    D. Grant any other further relief that this Court deems just and appropriate.

Respectfully submitted,

 /s/Scott Lewis, Esq.
Scott C. Lewis, Esq.
FBN 112064
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW M# 18-010922

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December, 2018, I served a copy of the foregoing upon:

**SERVICE LIST**

Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317

Michael H. Johnson
3601 W. Commercial Blvd. #31
Ft. Lauderdale, FL 33309

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

  /s/Scott Lewis, Esq.
Scott C. Lewis, Esq.
FBN 112064
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW M# 18-010922