UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN RE: § §  CASE NO. 18-12969-JKO
RALPH LEVI SANDERS, JR. §
   DEBTOR §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC as servicing agent for The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed Certificates, Series 2006-SD2** | The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD2, Asset-Backed Certificates, Series 2006-SD2 c/o Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

   **Specialized Loan Servicing LLC**
   **8742 Lucent Blvd, Suite 300**
   **Highlands Ranch, Colorado 80129**

Court Claim # (if known): 1-1
Amount of Claim: $409,598.99
Date Claim Filed: 04/03/2018

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx9424**

Phone: 800-274-7025
Last Four Digits of Acct.#: 9122

Name and Address where transferee payments should be sent (if different from above):

   Specialized Loan Servicing, LLC
   PO Box 636007
   Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx9424**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty        Date: 03/22/2019
   Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

4128-N-3837

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before March 25, 2019 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Ralph Levi Sanders, Jr.
561 SW 60 Ave.
Plantation, FL 33317


**Debtors' Attorney**
Michael H. Johnson
Attorney At Law
3601 W. Commercial Blvd. #31
Ft. Lauderdale, FL  33309

**Chapter 13 Trustee**
Robin R. Weiner
PO Box 559007
Fort Lauderdale, Florida 33355

                                                Respectfully Submitted,

                                                /s/ John J. Rafferty
                                                John J. Rafferty