

ORDERED in the Southern District of Florida on July 8, 2019.

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                          CASE NO. 18-12969-BKC-JKO
                                                CHAPTER 13
RALPH LEVI SANDERS, JR.
_____/

### ORDER DENYING DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE

**THIS CAUSE** came to be heard on the Chapter 13 consent calendar on July 1, 2019 upon the Debtor's Motion to Set Aside Dismissal and Reinstate Chapter 13 Case (DE 74) and the court having reviewed the Motion and the file in this cause, and being otherwise fully advised in the premises, it is, therefore,

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**.

###

Submitted by:

Law Offices of Michael H. Johnson, P.A.
3601 W. Commercial Blvd. Suite 31
Ft. Lauderdale, FL 33309
(954) 535-1131
(954) 641-7750 fax

Michael H. Johnson is directed to serve copies of this order on all interested parties and file a certificate of service.