UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                  CASE NO. 14-12147-BKC-JKO
                                        CHAPTER 13
RALPH L. SANDERS

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of the following document(s) were served upon all interested parties on the attached Service List, in the manner noted therein, on March 10, 2017:

1. Order Granting Motion to Shorten Prejudice Period.

Dated: March 10, 2017.                  LAW OFFICES OF MICHAEL H. JOHNSON
                                                         Attorneys for Debtor(s)
                                                         3601 W. Commercial Blvd, Ste 31
                                                         Ft. Lauderdale, FL 33309
                                                         (954) 535-1131

                                                         By: /s/ Michael H. Johnson
                                                           Michael H. Johnson
                                                           Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).

**SERVICE LIST:**

**VIA CM/ECF:**
Maylene C. Abad, Esq. on behalf of Mediator Maylene Abad
may6995@aol.com, lawmayleneabadpa@gmail.com

Jeffrey S Fraser on behalf of Creditor The Bank Of New York Mellon
bkfl@albertellilaw.com

Austin M Noel on behalf of Creditor The Bank Of New York Mellon
bkfl@buckleymadole.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA U.S. MAIL:**
To all parties on the attached Mailing Matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 14-12147-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Mar 10 07:58:07 EST 2017 | Wells Fargo Home Mortgage<br>MAC X7801-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | Albertelli Law<br>POB 23028<br>Tampa, FL 33623-2028 |
| Atty General of the US<br>950 Pennsylvania Ave NW, #4400<br>Washington, DC 20530-0001 | Bank of America<br>POB 15019<br>Wilmington, DE 19886-5019 | BellSouth Telecommunications, Inc.<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| Central Finl Control<br>POB 66044<br>Anaheim, CA 92816-6044 | First Federal Credit<br>24700 Chagrin Blvd<br>Cleveland, OH 44122-5662 | Flagship Credit Acceptance, LLC<br>3 Christy Drive<br>Chadds Ford, PA 19317-9667 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Midland Credit Management<br>8875 Aero Dr, Suite 200<br>San Diego, CA 92123-2255 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Pennymac Loan Services<br>27001 Agoura Rd<br>Calabasas, CA 91301-5339 | Sherry Lempka<br>1013 SW 9th Street<br>Ft. Lauderdale, FL 33315-1115 | Sirote & Permutt PC<br>200 E Broward Blvd #900<br>Fort Lauderdale, FL 33301-1815 |
| Small Business Administration<br>801 Tom Martin Dr #120<br>Birmingham, AL 35211-6424 | Small Business Administration<br>National Disaster Loan Resolution Center<br>200 W. Santa Ana Boulevard, Suite 180<br>Santa Ana, CA 92701-4134 | Sprechman & Associates, PA<br>2775 Sunny Isles Blvd, #100<br>North Miami Beach, FL 33160-4078 |
| Stellar Recovery Inc<br>1327 Highway 2 West<br>Kalispell, MT 59901-3413 | US Attorney<br>Southern District of Florida<br>99 NE 4 St<br>Miami, FL 33132-2131 | Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Dept.<br>MAC D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |
| (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Westside Regional Medica<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Michael H. Johnson<br>3601 W. Commercial Blvd. #31<br>Ft. Lauderdale, FL 33309-3393 |
| Ralph L Sanders<br>561 SW 60 Ave<br>Plantation, FL 33317-3947 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | |